UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KATHERINE PRUTZ

VERSUS

ONE WORLD TECHNOLOGIES, INC.,
HOME DEPOT U.S.A., INC.,
STAN PRUTZ, AND
XYZ INSURANCE COMPANIES

CIVIL ACTION

23-1600-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Richard L. Bourgeois dated June 6, 2024, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiff's *Motion to Remand*[3] is GRANTED, and this action is REMANDED to the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana. The Clerk of Court is ordered to close this matter.

Signed in Baton Rouge, Louisiana, on this 25 day of June, 2024.

SHELLY D. DICK
CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 22.
[2] Rec. Doc. 23.
[3] Rec. Doc. 8.